UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-80140-CR-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARY LEE JONES,

    Defendant.

FILED by NM D.C.
AUG 27 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before U.S. Magistrate Judge **WILLIAM MATTHEWMAN** on 8/27/2014 when the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/~~retained~~ counsel of record will be **noticed for trial by the District Judge assigned to this case**. The following information is current as of this date:

Defendant:  Jail No.: 09127-014

Language: ENGLISH

Address: SEE APPEARANCE BOND

Tel. No:

Defense Counsel: Name: ROBERT ADLER, AFPD

Address: 450 AUSTRALIAN AVE, SUITE 500 WEST PALM BEACH, FL 33401

Tel. No: (561) 833-6288

Bond ~~Set~~/Continued: $ 250,000 PSB (DCB)

Dated this 27TH day of AUGUST, 2014.

STEVEN M. LARIMORE, CLERK

BY _____
    Deputy Clerk