UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-80140-Marra

UNITED STATES OF AMERICA

v.

FRANK FIORE,
GARY LEE JONES, and
ANTHONY CARBONE,,

      Defendants.

## STATUS REPORT

The government respectfully reports as follows:

A.    The government has provided discovery as summarized in the government's response to the standing discovery order (D.E. 46). The government expects to provide the following additional items in the near future:

- Reports of statements by defendants Fiore and Carbone
- Audio-recording of statement by defendant Jones
- Expert discovery (to Jones only)
- Bank records
- Phone records
- UPS and FedEx records
- Video and photos from execution of search warrants
- Recording of meeting of July 8, 2014

B.    The government expects to be ready for trial as scheduled (Tuesday, October 14, 2014). Counsel for Jones reports that he would need a continuance to try the case. Counsel for Carbone reports that Carbone may request a continuance.

      C.      The parties expect the trial to take approximately ten days.

      D.      Counsel for Jones reports that the case is a possible plea. Counsel for Carbone reports that it is too early to make a determination as to the likelihood of a plea.

      E.      This case involves 18 video recordings and 22 audio recordings. The government will turn over transcripts on a rolling basis as they are completed. The government expects all transcripts to be complete by Friday, October 3, 2014.

On September 4, 2014, counsel for defendants Jones and Carbone informed the undersigned that they agreed with the content of this report. Counsel for defendant Fiore stated that he is out of town and unable to respond at this time.

WHEREFORE, the government respectfully submits this status report.

      Respectfully submitted,

      WIFREDO A. FERRER
      UNITED STATES ATTORNEY

By:   s/ Marc Osborne
      Assistant United States Attorney
      Court ID# A5500796
      500 S. Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Tel: (561) 209-1014
      marc.osborne@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2014, I will electronically file the foregoing with the Clerk of the Court.

s/ Marc Osborne<br>
Assistant United States Attorney