UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-80140-Marra

UNITED STATES OF AMERICA

v.

FRANK FIORE,
GARY LEE JONES, and
ANTHONY CARBONE,,

      Defendants.

### GOVERNMENT'S SECOND RESPONSE TO DISCOVERY ORDER

The United States respectfully responds to the Standing Discovery Order.

The following CDs/DVDs are available to the defense from the government's contracted copy service:

| Disk # | Description |
|---|---|
| 1 | AT&T telephone records of Frank Fiore |
| 2 | BB&T records of Bridgett Scarfone and related entities |
| 3 | BB&T records of Bridgett Scarfone and related entities |
| 4 | BB&T records of Bridgett Scarfone and related entities |
| 5 | BB&T records of Havana Nights |
| 6 | BB&T records of Fiore |
| 7 | BB&T records of Fiore |
| 8 | BB&T records of Havana Nights |
| 9 | BB&T records of Prestige Group |
| 10 | BB&T records of Prestige Group |
| 11 | BB&T records of Prestige Wholesale Distributors |
| 12 | TD Bank records of Carbone and related entities |
| 13 | search photos, Carbone residence |
| 14 | search videos, Carbone residence |
| 15 | search videos, Havana Nights |
| 16 | audio-recording of 7/9/2014 meeting |

The following paper records are available to the defense from the government's contracted copy service.

| Folder (name) | Description | Notes |
|---|---|---|
| JPMorganChase | JPMorganChase bank records of Anthony Carbone and related entities | includes business records certificate |
| JPMorganChase 2 | JPMorganChase bank records of Anthony Carbone | includes business records certificate |
| Wells Fargo | Wells Fargo bank records of Gary L. Jones and NB & G LLC | includes business records certificate |
| AT&T | business records certificate accompanying Disk 1 | |
| UPS | UPS records of shipments to Havana Nights and Fiore residence | includes business records certificate |
| FedEx | FedEx records of shipments to Havana Nights and Fiore residence | includes business records certificate |
| BB&T 8/4/12 | BB&T records of Fiore, Havana Nights, Prestige Group | |
| BB&T 8/12/14 | BB&T records of Fiore, Havana Nights, Prestige Group | includes business records certificate |
| BB&T 5/8/12 | cover letter accompanying disks 2-4 | |
| BB&T 7/18/14 | BB&T records of Fiore, Havana Nights, Prestige Group | includes business records certificate |
| BB&T 3/31/14 | business records certificate accompanying Disks 6-11 | |
| BB&T 5/27/14 | BB&T records of Fiore, Havana Nights, Prestige Group | includes business records certificate |

On September 12, 2014, the government emailed to Jones Bates pp. 197-244, expert notification.

On September 12, 2014, the government emailed to the defense Jones's recorded post-arrest interview and undercover text messages.

On September 12 and 13, 2014, the government emailed to the defense 63 PNG files containing undercover text messages.

Please contact the undersigned immediately if any discovery is missing.

            Respectfully submitted,

            WIFREDO A. FERRER
            UNITED STATES ATTORNEY

      By: s/ Marc Osborne
         Assistant United States Attorney
         Court ID# A5500796
         500 S. Australian Avenue, Suite 400
         West Palm Beach, Florida 33401
         Tel: (561) 209-1014
         marc.osborne@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2014, I will electronically file the foregoing with the Clerk of the Court and that I caused the evidence described in the text to be emailed to the defense on the date(s) listed in the text at the following addresses:

| Defendant | Attorney | email address |
|---|---|---|
| Fiore | Russell Jay Williams | Rjwesquire@aol.com |
| Fiore | J. David Bogenschutz | jdblaw0515@aol.com |
| Jones | Robert E. Adler | robert_adler@fd.org |
| Carbone | Jeffrey Stuart Weiner | lawfirm@jeffweiner.com |
| Carbone | Annabelle Nahra | annabelle@jeffweiner.com |

s/ Marc Osborne
Assistant United States Attorney